# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK AZEVEDO, a citizen of the State of California,<br><br>      Plaintiff,<br><br>vs.<br><br>NORTHLAND INSURANCE COMPANY, a Minnesota corporation, et al.,<br><br>      Defendants. | 3:05-CV-195-BES (RAM)<br><br>**MINUTES OF THE COURT**<br><br>January 20, 2006 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      The court has received Plaintiff's Memorandum of Attorney's Fees Pursuant to the Court's January 19, 2006, Minute Order (Doc. #106).

      In reviewing the Plaintiff's Memorandum it appears to the court that the time spent by counsel for Plaintiff preparing the Motion to Compel, reviewing Northland's opposition and preparing the reply along with the review of those documents by other counsel is excessive.

      The amount of attorney's fees assessed as sanctions against Northland Insurance Company shall be in the sum of $2,750.00.

      **IT IS SO ORDERED.**

      LANCE S. WILSON, CLERK

      By: <u>    /s/    </u>
           Deputy Clerk