Brent D. Anderson
Nevada Bar No. 7977
Ashley Krause
Admitted *Pro Hac Vice*
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020

Attorney for Defendant
NORTHLAND INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK AZEVEDO, a citizen of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NORTHLAND INSURANCE COMPANY, a Minnesota Corporation; TRANSWESTERN GENERAL AGENCY, INC., a Utah Corporation; RDK MANAGEMENT INC., A Utah Corporation, dba KAUFMAN & KAUFMAN INSURANCE; GM TRANSPORT, INC., a Nevada Corporation; DOES I-XXX; ABC CORPORATIONS A-Z,<br><br>Defendants. | CASE NO.: CV-N-05-0195-BES-RAM<br><br>**ORDER GRANTING WITHDRAWAL AS COUNSEL** |

THIS MATTER coming before the Court on the motion of Ashley Krause of Snell & Wilmer L.L.P. to withdraw her appearance on behalf of Northland Insurance Company and the Court being advised in the premises

ORDERS that the Motion for Withdrawal as Counsel is granted. Brent D. Anderson and Amy Samberg of Snell & Wilmer L.L.P. shall continue to serve as counsel for Defendant Northland Insurance Company.

DATED: June 13, 2007

BY THE COURT

_____
UNITED STATES MAGISTRATE JUDGE

141431

- 2 -