UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANK AZEVEDO, a citizen of the State of California, </br></br>　　　　　Plaintiff, </br></br>　vs. </br></br>NORTHLAND INSURANCE COMPANY, a Minnesota corporation, et al., </br></br>　　　　　Defendants. | 3:05-CV-0195-BES (RAM) </br></br>MINUTES OF THE COURT </br></br>January 4, 2008 |

PRESENT:     THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

　　　Plaintiff has filed an Emergency Motion to Quash Northland's Notice of the January 7, 2008, Deposition of Eugenia Bordei; to Quash the Subpoena Duces Tecum and to Stay the Deposition (Doc. #253). Defendant Northland has opposed the Motion (Doc. #254).

　　　It appears from the documents attached to the pleadings that all counsel are available for the deposition of Eugenia Bordei on January 21, 2008.  The court's prior order allowing the deposition of Ms. Bordei did not preclude a request for her to produce documents at that deposition.

　　　Plaintiff's Emergency Motion to Quash Northland's Notice of the January 7, 2008, Deposition of Eugenia Bordei is GRANTED and the deposition is rescheduled for January 21, 2008.

///

MINUTES OF THE COURT
3:05-CV-0195-BES (RAM)
January 4, 2008
Page Two

Plaintiff's Emergency Motion to Quash the Subpoena Duces Tecum is <u>DENIED</u>.

IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                          By:_____/s/_____
                                                   Deputy Clerk